# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew B. Sparkman,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AFNI Incorporated, et al.,<br><br>　　　　　　Defendants. | No. CV-15-00783-PHX-DLR<br><br>**ORDER** |

　　　The Court, having reviewed the parties' Stipulation of Dismissal with prejudice, (Doc. 15), and good cause appearing,

　　　**IT IS ORDERED** dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

　　　**IT IS FURTHER ORDERED** vacating any pending hearings.

　　　Dated this 23rd day of July, 2015.

_____
Douglas L. Rayes
United States District Judge